IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ANDRE L. IBRAHIM                    §
                                    §
v.                                  §        CIVIL NO. 4:25-CV-00369-SDJ-BD
                                    §
BRIAN JOHNSON, ET AL.               §
                                    §
                                    §

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 9, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #72), that Plaintiff's Motion for Leave to Amend the Complaint, (Dkt. #34), be granted; Plaintiff's Motion to Substitute the Third Amended Complaint, (Dkt. #60), be denied; and Defendants' Motion to Dismiss, (Dkt. #30), be granted in part and denied in part. Plaintiff filed Objections, (Dkt. #76), to the Report.

Plaintiff filed untimely objections; however, the Court still conducted a de novo review of the Objections and the portions of the Report to which Defendant specifically objects. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

1

**IT IS ORDERED** that Plaintiff's Motion for Leave to Amend the Complaint, (Dkt. #34), is **GRANTED**; Plaintiff's Motion to Substitute the Third Amended Complaint, (Dkt. #60), is **DENIED**; and Defendants Brian Johnson and Eaton Corporation's Motion to Dismiss, (Dkt. #30), is **GRANTED** as to Plaintiff's religious-accommodation, defamation, invasion-of-privacy, and tortious-interference claims and as to his Title VII claims against Brian Johnson and **DENIED** as to Plaintiff's retaliation and disparate-treatment claims against Eaton and as to his § 1981 claim.

It is further **ORDERED** that Plaintiff's religious-accommodation, defamation, invasion-of-privacy, and tortious-interference claims and his Title VII claims against Brian Johnson be **DISMISSED WITH PREJUDICE**.

So ORDERED and SIGNED this 10th day of April, 2026.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2